JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>            Plaintiff,<br><br>    vs.<br><br>FOOTHILL-POLK STATION, INC.;<br>and DOES 1 to 10,<br><br>            Defendants. | Case No.: 2:22-cv-01483-RGK-MRWx<br>Assigned to Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION  [16] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until July 08, 2022 for Plaintiff to dismiss the entire action with prejudice.

SO ORDERED.

DATED: 6/16/2022

_____
Hon. R. Gary Klausner
United States District Judge